| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2017
David J. Bradley, Clerk

Oscar Cumpian §
 §
         Plaintiff, §
 §
versus §     Civil Action V-15-86
 §
Alcoa World Alumina LLC, et al., §
 §
         Defendants. §

# Final Judgment

1.   Oscar Cumpian takes nothing from Alcoa World Alumina LLC.

2.   Stephen Alvarado and Palacios Marine & Industrial Coatings, Inc., are dismissed as improvidently joined.

Signed on August 2, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge